## Case No. 18,199.

### ZANE v. D'ESTE.

[Cited in Zane v. Loffe, 2 Fed. 230, 231. Nowhere reported; opinion not now accessible.]